**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1366**

———————

JOSEPH DWIGHT LAWSON,

                                    Plaintiff - Appellant,

        versus

COMMONWEALTH OF VIRGINIA; COUNTY OF BEDFORD;
COUNTY OF ROANOKE; MONTGOMERY COUNTY; COUNTY
OF FLOYD; GEORGE HARRIS, Judge, Roanoke County
Circuit Court; DIANE STRICKLAND, Judge,
Roanoke County Circuit Court; ROBERT M.D.
TURK, Judge, Montgomery County Circuit Court;
DOUG MARRS, Sheriff, Montgomery County; MARIAN
KELLY, Commonwealth Attorney, Roanoke County;
MARK W. CLAYTOR, Attorney, Roanoke County;
JAMES SWANSON, Attorney, Roanoke County; HARRY
W. GARRETT, JR., Attorney, Bedford, Virginia;
ROANOKE COUNTY POLICE DEPARTMENT; OFFICER
HEWITT, Roanoke County Police Department; J.
L. MCPHAIL, JR., Officer, Roanoke County
Police Department; OFFICER COLE, Roanoke
County Police Department; MONTGOMERY COUNTY
POLICE DEPARTMENT; JOHN ALTIZER, Officer,
Montgomery County Police Department; D. L.
LINK, Officer, Montgomery County Sheriff's
Department; D. W. SADLER, Officer, Montgomery
County Police Department; VIRGINIA STATE
POLICE, Salem, Virginia; TROOPER GRUBB, Salem,
Virginia; TROOPER MULLENS, Salem, Virginia;
STEVEN A. MCGRAW, Roanoke County Circuit
Court; FLOYD COUNTY MAGISTRATES OFFICE; NEW
RIVER VALLEY COMMUNITY ACTION, Radford,
Virginia; PATRICIA LYNN BAKER, Radford,
Virginia; C. L. WOODS, Magistrate, Roanoke
City; TERRY WILLIAMS, Magistrate, Montgomery
County; DEPARTMENT OF MOTOR VEHICLES,
Richmond, Virginia; DAVID PERRY, Bedford,
Virginia; BENJAMIN WILLIAM CROOKS, Roanoke,

Virginia; HARMONS CHEVRON, Christiansburg,
Virginia; BB&T OF ARARAT, VIRGINIA; ALL
DEFENDANTS,

Defendants - Appellees.

————————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-01-180-1)

————————————

Submitted:  May 20, 2002                Decided:  June 17, 2002

————————————

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Joseph Dwight Lawson, Appellant Pro Se.  Robert F. Rider, ROBERT F.
RIDER, P.L.C., Roanoke, Virginia; Linwood Theodore Wells, Jr.,
Assistant Attorney General, Richmond, Virginia; Matthew L. Mason,
William L. Hill, MOSS, MASON & HILL, Greensboro, North Carolina;
Alan Meredith Ruley, BELL, DAVIS & PITT, P.A.,Winston-Salem, North
Carolina, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Dwight Lawson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lawson v. Virginia</u>, No. CA-01-180-1 (M.D.N.C. filed Mar. 22, 2002 & entered Mar. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3